**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUL 0 9 2019

MITCHELL R. ELFERS
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 19- 1993 JP |
| | ) | |
| vs. | ) | 18 U.S.C. § 922(g)(1): Felon in |
| | ) | Possession of a Firearm and Ammunition. |
| **RYAN MARTINEZ**, | ) | |
| | ) | |
| Defendant. | ) | |

## I N D I C T M E N T

The Grand Jury charges:

On or about February 7, 2019, in San Juan County, in the District of New Mexico, the

defendant, **RYAN MARTINEZ**, having been convicted of at least one of the following felony

crimes punishable by imprisonment for a term exceeding one year:

    (1)    aggravated assault with a deadly weapon (two counts), and

    (2)    robbery,

possessed, in and affecting commerce, a firearm and ammunition, and did so knowingly.

In violation of 18 U.S.C. § 922(g)(1).

### Forfeiture Allegation

The allegations contained in this Indictment are hereby realleged and incorporated by

reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section

924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section

922(g)(1) set forth in this Indictment, the defendant, **RYAN MARTINEZ**, shall forfeit to the

United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United

States Code, Section 2461(c), the following firearm and ammunition involved in the commission

of the offense, including:

> One (1) Kel-Tec Model P3AT, .380 caliber pistol, serial number KPD51, and
>
> Six (6) .380 caliber Auto Speer cartridges.

A TRUE BILL:

/s/ _____

FOREPERSON OF THE GRAND JURY

_____

Assistant United States Attorney

7/9/2019 3:42 PM