AO 442 (Rev. 08/14) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>_____Ryan  Martinez_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)    Case No. 1084 1:19CR01993- 001MV |

*FILED UNITED STATES DISTRICT COURT DISTRICT OF NEW MEXICO 2023 SEP -7 AM 11: 15 CLERK-ALBUQUERQUE*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Ryan  Martinez

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment unless the probation officer instructs you to report to a different probation office or within a different time frame. The defendant failed to report to the probation office as directed.

Date: __August 18, 2023__

_____
*Issuing Officer's signature*

City and state: __Santa Fe, New Mexico__     __MITCHELL R. ELFERS, CLERK OF COURT__
*Printed name and title*

---

### Return

This warrant was received on ( date ) __8/20/2023__ and the person was arrested on ( date ) __8/22/2023__
at ( city and state ) __Las Cruces, NM__.

Date: __9/7/2023__

_____
*Arresting officer's signature*

__Gary McCoy Deputy US Marshal__
*Printed name and title*